ZWICKER & ASSOCIATES, P.C.

ATTORNEYS AT LAW
800 FEDERAL STREET
ANDOVER, MASSACHUSETTS 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Amy Edith Britt
*CA Bar*

Emahn Counts
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Barbara A. Carnevale
*MA Bar*

Mireille H. Vartanian
*MA Bar*

Alina Gorodetsky
*MA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Dwight Baylor
*AZ & VA Bars*

Debra Dawn
*FL, NC, NY & TX Bars*

Mitchell A. Meyers*
*NC Bar*

Randall Pratt*
*ME & NH Bars*

Robert G. Markoff*
*IL Bar*

Temple B. Ingram, Jr.
*TX & NM Bars*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Shannon M. Pawley
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

Jessica Ellicott*
*VT Bar*

* Of Counsel

March 27, 2006

Leroy Cheney
P.O. Box 1793
Sanford, ME 04073

RE:   Midland Credit Management
      CHENEY, LEROY[1]
      Account No. 8509554532
      Original Creditor: Household Arbor
      Original Account No. 5488975001083784

**EXHIBIT A**

Dear Mr. Cheney:

    This letter will confirm that our client, Midland Credit Management, has agreed to accept $511.50 as settlement in full of the above-referenced account. This settlement is conditioned upon receipt by this office of a check in the amount of $511.50 on or before March 27, 2006.

    Upon timely receipt of said payment and the successful negotiation thereof, this office shall advise our client that the account is settled in full. Thereafter, in due course, our client will notify the appropriate credit reporting agencies of the accounts settled status.

    If the payment of the settlement amount is not made on or before the dates stated above, acceptance of our settlement offer is withdrawn.

Sincerely,

Jason Houle
Director of Bank Cards

JH/sc/257/SL

[1] This correspondence is from a debt collector. As such this correspondence is an attempt to collect a debt and any information obtained will be used for that purpose.