## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LEROY R. CHENEY, SR., of Sanford, )<br>County of York and State of Maine, )<br>                                                          )<br>          PLAINTIFF              )<br> vs.                                               )<br>                                                          )<br>MIDLAND CREDIT MANAGEMENT, INC.)<br>EQUIFAX CREDIT INFORMATION   )<br>SERVICES, INC.                             )<br>                                                          )<br>          DEFENDANTS         ) | CIVIL ACTION<br>Docket No. 2:06-cv-228 |

## NOTICE AND STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

NOW COME the Plaintiff, Leroy R. Cheney, Sr., (hereinafter "Plaintiff"), and Defendant, Equifax Credit Information Services, Inc., pursuant to Fed R. Civ. O. 41(a)(1)(ii), and stipulate to the dismissal of this action with prejudice and without costs to any party. Notice of this Dismissal is filed before service of an answer or motion for summary judgment by any other adverse party named herein, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated at Saco, Maine, this 20th day July, 2007.

JAMES F. MOLLEUR, LLC

By: /s/ James F. Molleur
James F. Molleur, Esq.

By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Plaintiff
P.O. Box 619, 209 Main St., Suite 104
Saco, ME  04072-0619
(207) 283-3777
*Counsel for Plaintiff Leroy R. Cheney, Sr.*

VERRILL & DANA, LLP

By: /s/ *Valerie A. Wright*              .
*Valerie A. Wright, Esq.*
*Counsel for Defendant*
*Equifax Information Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEROY R. CHENEY, SR., of Sanford, County of York and State of Maine, ) ) ) PLAINTIFF ) vs. ) ) VERIZON NEW ENGLAND, INC. ) d/b/a VERIZON MAINE, INC. ) ) EQUIFAX CREDIT INFORMATION ) SERVICES, INC., ) ) TRANS UNION, LLC ) ) DEFENDANTS ) | CIVIL ACTION Docket No. 2:06-cv-227 |

## CERTIFICATE OF SERVICE

    I, Martine Morin Boissonneault, hereby certify that I am over eighteen years old and caused a true and correct copy of Notice and Stipulation of Dismissal of All Claims with Prejudice to be served on the parties at the addresses set forth on the Service List attached hereto either via electronically or via facsimile and first class U.S. Mail, postage prepaid.

    Dated at Saco, Maine, this 20th day of July, 2007.

                                   JAMES F. MOLLEUR, LLC

                                   By: /s/ *Martine Morin Boissoneault.*
                                        Martine Morin Boissonneault
                                        P.O. Box 619, 209 Main St., Suite 104
                                        Saco, ME 04072-0619
                                        (207) 283-3777
                                        martine@molleurlaw.com

## SERVICE LIST

Valerie A. Wright, Esq.                   Via electronic service